REK:sk
AO 91 (Rev. 11/11) Criminal Complaint

UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY JOHN CROWLEY | FILED UNDER SEAL PURSUANT TO ORDER<br><br>Case No. 25-mj-350 (DJF) |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. In or about January 2023, in the State and District of Minnesota, ANTHONY JOHN CROWLEY did knowingly possess one or more matters which contained visual depictions that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means including computer, where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

I further state that I am an Federal Bureau of Investigations Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒Yes ☐ No

*Complainant's signature*

Jacquelyn Kvilhaug, Special Agent
Federal Bureau of Investigations (FBI)
*Printed name and title*

SUBSCRIBED and SWORN before me
in person pursuant to Fed. R. Crim. P. 41(d)(3).

Date: 6-6-25

*Judge's Signature*

City and State: <u>Minneapolis, MN</u>

The Honorable Dulce J. Foster
United States Magistrate Judge
*Printed Name and Title*